UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                :

JAVIER MONGE,                    :

                :

          Plaintiff,       :

                :      26 Civ. 3699 (JPC)

    -v-              :

                :      ORDER

BOCA RESTAURANT & STEAKHOUSE CORP. and  :

BRONEN'S REALTY LLC,       :

                :

                :

         Defendants.    :

                :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Boca Restaurant & Steakhouse Corp. ("Boca") was served with a Summons and the Complaint on May 15, 2026, making its deadline to respond June 5, 2026. *See* Dkt. 12. That date has passed, and the docket does not reflect a response to the Complaint from Boca. Accordingly, the Court *sua sponte* extends Boca's deadline to respond to the Complaint to June 17, 2026. If Boca once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default as to Boca by June 24, 2026.

No later than June 12, 2026, Plaintiff must serve a copy of this Order on Boca by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Boca on the New York Secretary of State's website—560 Hudson Street, Hackensack, NJ 07601—as well as any other addresses associated with Boca that may be known to Plaintiff, *see* Dkt. 1 ¶¶ 5-6. Within two days of such service, Plaintiff must file proof of service upon the docket.

In addition, Defendant Bronen's Realty LLC has been named in the Complaint without an affidavit of service being filed as to that Defendant.  By June 12, 2026, Plaintiff shall file a letter explaining whether that Defendant has been served and, if so, the affidavit of service for that Defendant.

      SO ORDERED.

Dated: June 9, 2026
      New York, New York

_____
        JOHN P. CRONAN
    United States District Judge