UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAVIER MONGE,<br><br>Plaintiff,<br><br>-v-<br><br>BOCA RESTAURANT & STEAKHOUSE CORP. and BRONENS REALTY LLC,<br><br>Defendants. | : | 26 Civ. 3699 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On September 2, 2026, the Court ordered Plaintiff to submit a letter regarding the status of service of (i) the Complaint on Defendant Bronens Realty LLC and (ii) the Court's June 9, 2026 Order on Defendant Boca Restaurant & Steakhouse Corp. *See* Dkt. 18. That letter was due by September 9, 2026. Plaintiff failed to submit it.

By 5:00 p.m. on September 14, 2026, Plaintiff must file on ECF the status update described in the Order at Docket Number 18. The Court advises Plaintiff that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge