UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAVIER MONGE,<br><br>Plaintiff,<br><br>-v-<br><br>BOCA RESTAURANT & STEAKHOUSE CORP. and BRONENS REALTY LLC,<br><br>Defendants. | : | 26 Civ. 3699 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is respectfully directed to issue summonses on Defendants, as requested by Plaintiff at Docket Numbers 19 and 20. Upon issuance of these summonses, Plaintiff shall serve Defendants again, following the course that Plaintiff's counsel proposed in the letter that she submitted on September 11, 2026, *see* Dkt. 29 at 1 ("When the case was recently re-opened, I believed it appropriate to serve the defendants again, since over five months had passed, and Defendant Boca Restaurant LLC believed the natter to be over.").

SO ORDERED.

Dated: September 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge